IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

```
STEPHEN EDWARD PATTERSON, III  *  Docket No. 2:18-cv-1395
                               *
                               *
VERSUS                         *  July 20, 2021
                               *
                               *
JENOSAN JEYASEELAN, ET AL      *  Lafayette, Louisiana
```
*****************************************************************

TRANSCRIPT FROM AUDIO RECORDING OF SETTLEMENT AGREEMENT
BEFORE THE HONORABLE KATHLEEN KAY,
UNITED STATES MAGISTRATE JUDGE

*****************************************************************

**A P P E A R A N C E S**

```
FOR THE PLAINTIFF:    VANESSA MOTTA
                      Motta Law
                      3632 Canal Street
                      New Orleans, LA 70119
                      Email:  vanessa@mottalaw.com
                      Phone:  (504) 670-9490
                      Fax:    (504) 513-3122
```

FOR THE DEFENDANTS, JENOSAN JEYASEELAN, JBS EXPEDITE LIMITED,
AND AIG INSURANCE COMPANY OF CANADA:

```
                      COLEMAN TAYLOR ORGAN
                      Bastian & Associates
                      909 Poydras, Suite 3000
                      New Orleans, LA 70112
                      Email:  coleman.organ@aig.com
                      Phone:  (504) 527-5565
                      Fax:    (504) 527-0023


ALSO PRESENT:         STEPHEN EDWARD PATTERSON, III
```

Deidre D. Juranka, CRR
United States Court Reporter
Western District of Louisiana

```
TRANSCRIBED BY:     DEIDRE D. JURANKA, CRR
                    611 Broad Street, Suite 267
                    Lake Charles, LA 70601
                    Email:  dd_juranka@lawd.uscourts.gov
                    Phone:  (337) 214-6669
                    Fax:    (337) 437-3390
```

```
 1                    COURT PROCEEDINGS
 2         THE COURT:  All right.  So let me call the case.
 3   It's Patterson versus Jeyaseelan, No. 18-1395.  If I
 4   could have appearances, please.
 5         MS. MOTTA:  Yes, Your Honor.  Vanessa Motta here on
 6   behalf of Stephen Patterson, plaintiff.
 7         THE COURT:  Mr. Patterson is here also.  Okay.
 8         MR. ORGAN:  Coleman Organ on behalf of defendants
 9   Jenosan Jeyaseelan, JBS Expedite Limited, and AIG
10   Insurance Company of Canada.
11         THE COURT:  All right.  So we have been in
12   settlement conference since 11:00 this morning nonstop,
13   well, except for one little break, and it's now
14   1:43 p.m. and I think we have a resolution.  Ms. Motta,
15   you want to state what you understand the agreement is.
16         MS. MOTTA:  Yes, Your Honor.  Speaking to my
17   client, there was a certain amount of a net that had to
18   be agreed upon in order for that to occur.  With the
19   amount of the final offer of the 200, we are able to
20   agree to that final net number for Mr. Patterson as well
21   as the settlement of this case.
22         THE COURT:  What do you mean when you say net
23   number?
24         MS. MOTTA:  Agreed net number, like what number he
25   wanted to walk away with in order to do that.
```

```
 1          THE COURT:  Okay.  Wait.  I don't know what that
 2   means.
 3          MS. MOTTA:  So there was an amount that
 4   Mr. Patterson told me on what his lowest number would
 5   be, and so I had to --
 6          THE COURT:  Oh.  When you add back what your
 7   expenses are and so forth, for you to reach whatever
 8   number you agreed with your client --
 9          MS. MOTTA:  Correct.
10          THE COURT:  -- you would have to have $200,000; is
11   that correct?
12          MS. MOTTA:  Correct.
13          THE COURT:  Okay.  Mr. Patterson, you want to say
14   something?
15          MR. PATTERSON:  Yes, ma'am.  The number that I'm
16   asking for is the number that I think is the damages
17   that this case has done to my life --
18          THE COURT:  Okay.  There's nothing wrong with that.
19          MR. PATTERSON:  -- which is -- yeah.
20          THE COURT:  Okay.  Let me get that -- let me get
21   something else done and we'll come back to that.  Okay.
22          Mr. Organ, is your client willing to pay that
23   amount of money?
24          MR. ORGAN:  Yes, Your Honor.  Our understanding is
25   that the plaintiff is willing to accept a total of
```

```
1        $200,000 in full and final settlement of this case which
2        include a general release of all parties which would
3        also include any potential liens.
4               THE COURT:  Is that correct?
5               MS. MOTTA:  Yes, Your Honor.
6               THE COURT:  All right.  So this has, to say the
7        least, been a very unusual case.  It's been a very
8        unusual settlement conference.  What I understand
9        Mr. Patterson to be saying is that he and his attorney
10       have had a discussion and he's told her an amount of
11       money that he wants to be sure he gets at the end of the
12       day.  Have I stated that correctly, Mr. Patterson?
13              MR. PATTERSON:  Yes.  Everything that's happened
14       with this case and stuff, yes, I guess that's --
15              THE COURT:  Well, what I'm trying to do here is
16       potentially protect you to make sure you get the amount
17       of money that you've spoken to your attorney about.
18              MR. PATTERSON:  Okay.
19              THE COURT:  Okay?
20              MR. PATTERSON:  Okay.
21              THE COURT:  I really am not entitled to know that
22       amount of money.  Okay.  That's not part of this process
23       normally.  But if you want, if you want to write that
24       amount down on a piece of paper and I'll have Ms. Motta
25       agree whether or not that's the amount and we can put it
```

1  in an envelope and we'll seal it.  And if at any point
2  there becomes a problem between you and Ms. Motta about
3  how much money you're supposed to get, then we've got
4  something in writing about how much money you're
5  supposed to get.
6      MR. PATTERSON:  Correct.  She just stated that they
7  agreed to the number that I had said?  That's what she
8  said?
9      THE COURT:  Well, no.  What she said is that --
10 what I understood her to say is that, as between the two
11 of you, you've come up with a number that you're willing
12 to accept.
13     MR. PATTERSON:  Right.
14     THE COURT:  Okay.  What she told me is that for her
15 to be able to cover her expenses and get you that amount
16 of money she needs $200,000, and they've agreed to pay
17 $200,000.
18     MR. PATTERSON:  Okay.  And she also knows after
19 everything's settled what the number is and I would like
20 her to show me that number that I had told her earlier.
21 Can she show me that number so I can agree upon it?
22     THE COURT:  Yes.  Yes.  In fact, what I'm
23 suggesting to you if you want to do this to give you
24 some extra protection, okay, if you want, you can write
25 that number down on a piece of paper, show it to

1  Ms. Motta in front of me, we'll all acknowledge that's
2  the amount of money -- I don't need to know what that
3  number is; but we can put it in an envelope, we can seal
4  the envelope, have both of you guys sign it.  And then
5  if there's any problem later on down the road with
6  making sure that you get the amount of money that you
7  said you needed, we've got something to back you up.
8  Does that make sense?
9       MR. PATTERSON:  That makes sense, ma'am.  But what
10 I'm asking is:  They agreed to what me and my lawyer was
11 talking about, correct?
12      THE COURT:  They agreed to pay 200,000.
13      MR. PATTERSON:  They agreed -- okay.  I just was in
14 the back where I would like for her to write down what
15 they agreed to, like, let me see if that's the number
16 that I agreed to.
17      THE COURT:  So I think we're talking the same
18 thing.
19      MR. PATTERSON:  Yeah, but I don't want to write it.
20 I want her to write it --
21      THE COURT:  Oh, okay.  Well, that's fine.
22      MR. PATTERSON:  -- since everyone's agreed upon it
23 and stuff like that.
24      THE COURT:  Do we have an envelope in here by any
25 chance?

1       MR. PATTERSON:  I just would like her to show me
2  exactly what they agreed upon and what I'm going to have
3  after everything is this.
4       MS. MOTTA:  Yep.  That's what you said when you
5  were in the --
6       MR. PATTERSON:  Okay.  I can agree to that, yes.
7       THE COURT:  Okay.  So if both of you guys will sign
8  that --
9       MS. MOTTA:  Your name and I will sign it after as
10 well.  That's what she's saying, is to sign it and
11 they're going to seal it in an envelope to make it --
12      THE COURT:  I'm going to make Ms. Motta sign it,
13 Mr. Patterson, and I want you to sign it; and then we're
14 going to seal it in that envelope and we're going to
15 keep it just to make sure you get exactly what that says
16 you're supposed to get.  This is really for your
17 protection.  We don't have to do this.  I don't normally
18 do this.  But I know that, you know, you've got some
19 trust issues right now so I want to be sure that you get
20 what it is she says you're going to get.
21      Okay.  Now, if you want, I can get two copies of
22 that made, one for you, Mr. Patterson, and one for you,
23 Ms. Motta, and then we'll keep the original.  And again,
24 if something should happen, let us know, because what we
25 have right now is proof of what you know you're going to

```
 1     get and at the end of the day that's going to have to
 2     stand.  Okay.  That's what you want, right?
 3            MR. PATTERSON:  That's fine.
 4            THE COURT:  Okay.  All right.  Stand by.
 5            MR. PATTERSON:  Don't know why I have to do all
 6     this; but yes, ma'am.
 7            THE COURT:  Are you asking me something or her?  Do
 8     you want copies of that, Ms. Motta?
 9            MS. MOTTA:  Do you want a copy for your records?
10            THE COURT:  Would you like a copy of that?
11            MS. MOTTA:  Would you like a copy?  I can e-mail it
12     to you and take a picture.
13            THE COURT:  Or you can do that, take a picture of
14     it and e-mail it.  Okay.  So, Mr. Patterson, you're free
15     to go.  Thank you.  If you would, give that to the
16     clerk, please, ma'am.
17            MS. MOTTA:  Yes, Your Honor.  I'll keep you posted,
18     Mr. Patterson.  Thank you, Judge.
19                    (Recording concluded.)
20
21
22                       * * * * * *
23
24
25
```

**CERTIFICATE**

I hereby certify this 10th day of August, 2021 that the foregoing is, to the best of my ability and understanding, a true and correct transcript from the official electronic audio recording of the proceedings in the above-entitled matter.

*Deidre D. Juranka*
Deidre D. Juranka, CRR
Official Court Reporter